NO. 07-09-0074-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 25, 2010
_____

JAMES LYNN CAMPBELL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 47th DISTRICT COURT OF POTTER COUNTY;

NO. 57,233-A; HON. HAL MINER, PRESIDING
_____

***ON ABATEMENT AND REMAND***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant appeals from his conviction for possession of a controlled substance. The clerk's and reporter's record have been filed.   Appellant has requested an attorney to represent him on appeal, stating he is indigent.   Two attorneys, Maxwell Peck and Warren Clark, have been appointed by the trial court to represent appellant in this appeal. However, neither attorney is currently in private practice and therefore, cannot represent appellant.

Accordingly, we abate this appeal and remand the cause to the 47th District Court of Potter County (trial court) for further proceedings. Upon remand, the trial court shall determine, by reasonable evidentiary procedure it selects, the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether the appellant is entitled to the appointment of an attorney due to his indigency.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters (including the name, address, and phone number of any attorney it may appoint to represent appellant in this appeal) in a supplemental record and cause that record to be filed with this court by November 24, 2010. Should further time be needed to perform these tasks, then same must be requested before November 24, 2010.

It is so ordered.

Per Curiam

Do not publish.

2